[No. 2795–3. Division Three. August 21, 1979.]

ETHEL WALKER, *as Executrix, Appellant,* v. JUDITH LINDAHL, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 30769, Lawrence Leahy, J., entered February 14, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 6255–1. Division One. August 27, 1979.]

DIAMOND "B" PLUMBING AND HEATING, INC., *Plaintiff,* v. ELGIN DEVELOPMENT, INC., ET AL, *Defendants.*

SCOTT DRYWALL, INC., ET AL, *Respondents,* v. ROSS TRACEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 52790, Marshall Forrest, J., entered December 21, 1977 and January 20, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Swanson, J.

[No. 6484–1. Division One. August 27, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. BERTRAND JOHN YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83234, Stephen M. Reilly, J., entered April 4, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Andersen, JJ.